

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OSCAR MACIAS,<br><br>　　　　　Defendant. | Case No.: CR11-00651-SVW<br><br>ORDER OF REVOCATION AND DETENTION AFTER HEARING [18 U.S.C. 3148(B)] |

The defendant having been arrested in this District pursuant to a warrant previously issued by the Honorable Stephen V. Wilson, United States District Judge, and the Court having conducted a hearing on the alleged violations, the Court finds there is clear and convincing evidence the defendant violated the conditions of his release by failing to take his prescribed medication as directed, threatening to blow up the Court's Spring Street Courthouse on October 27, 2011, and failing to report he had contact with the Los Angeles Police Department on October 27, 2011. Based on the factors set forth in 18 U.S.C. §3142(g), the Court finds there is no condition or combination of conditions of release that will assume the defendant will not flee or pose a danger to the safety of any other person or the community, particularly if he fails to take his prescribed medication as directed. Accordingly, the defendant's prior pretrial release is revoked and he is detained without prejudice.

Dated: November 3, 2011.　　　　　　　　　　/s/    Arthur Nakazato
　　　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE